UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL MAINGI KINGOO,

    Petitioner,

v.

A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement,

    Respondent.

Case No. C09-649-TSZ-JPD

ORDER OF DISMISSAL

The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus, respondent's motion to dismiss, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus, Dkt. No. 6, is DENIED, respondent's motion to dismiss, Dkt. No. 13, is GRANTED, and this action is DISMISSED with prejudice;

(3) The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

DATED this 24th day of September, 2009.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER OF DISMISSAL